IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VALLEY MEAT COMPANY, LLC,**
**RICARDO AND SARAH DE LOS SANTOS,**

        Plaintiffs,

                                  No. 2:12-cv-1265 GBW/SMV

v.

**HSUS,**
**FRER,**
**APNM,**
        **Defendants.**

## DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiffs, by and through their counsel, A. Blair Dunn, Esq., does hereby dismiss the above styled and numbered cause of action without prejudice.

Pursuant to Federal Rules of Civil Procedure Rule 41 Dismissal of actions (a) (1) (A) (i) dismissal is proper voluntarily by Plaintiff because the Defendants have not filed either an Answer or a Motion for Summary Judgment.

                                      Respectfully submitted,

                                      By  /s/ A. Blair Dunn, Esq.
                                      A. Blair Dunn, Esq.,
                                      *Counsel for Valley Meat Co., LLC*
                                      6605 Uptown Blvd. NE #280
                                      Albuquerque, NM 87110-4233
                                      (T) 505-881-5155
                                      (F) 505-881-5356

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2013 Plaintiffs filed through the United States District Court ECF System the foregoing Response to be served by CM/ECF electronic filing on all counsel of record.

By: /s/ A. Blair Dunn<br>
A. Blair Dunn, Esq.